# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
# ACKNOWLEDGMENT OF HEARING NOTICE (SAN FRANCISCO)

**I acknowledge receipt of the notice of assignment showing my case:**

| | |
|---|---|
| Case Number | 13-17017 |
| Case Title | Nicole Weber v. Allergan, Inc. |

**assigned for hearing:**

| | | | | | |
|---|---|---|---|---|---|
| Date | 09/18/2015 | Time | 09:30 | Courtroom | 1, 3rd Floor Rm 338 |
| Location | James R. Browning U.S. Courthouse, San Francisco | | | | |

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | GinaMarie Slattery |
| Address | 3390 N. Campbell Avenue, Suite 130 |
| City | Tucson |
| State | AZ |
| Zip Code | 85701 |
| Phone | (520) 326-1866 |
| Email Address | gslattery@slatterypetersen.com |
| Party/parties represented | Allergan, Inc. |
| Special needs you may require in the courtroom | |

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

⦿ I certify that I am admitted to practice before this Court.

○ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | s/ GinaMarie Slattery | Date | 07/14/2015 |

**Filing Instructions**
*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 193939, San Francisco CA 94119
*Overnight:* James R. Browning U.S. Courthouse, 95 Seventh Street, San Francisco CA 94103
Phone: 415-355-8190